# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **LARRY RUSH** | § | |
|       **Plaintiff** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 5:11-cv-118** |
| | § | |
| **THE WILLIAM AND ROXANN** | § | |
| **DAVIS COMPANY, L.L.C. d/b/a** | § | |
| **CLARION HOTEL LACROSSE,** | § | |
| **WILLIAM E. DAVIS, Individually,** | § | **JURY DEMANDED** |
| **and ROXANN K. DAVIS,** | § | |
| **Individually** | § | |
|       **Defendants** | § | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court that the parties have reached an amicable agreement, it is, accordingly

**ORDERED** that this cause be and the same is hereby dismissed with prejudice and with each party bearing their own costs of court.

**SIGNED this 23rd day of April, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE